

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellees' motion to dismiss was denied on February 9, 2021.  Accordingly, appellant's motion for an extension of time to respond to the motion to dismiss is DENIED AS MOOT.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court